IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES A. ROLAND                                                                    PLAINTIFF

v.                                        No. 3:13-cv-55-DPM

MARION POLICE DEPARTMENT;
PALL RAINIY; MICKEY THORTHON;
MARION COURT HOUSE CLERK                                                DEFENDANTS

### ORDER

It appears Roland has been released. The Clerk is directed to change Roland's address to 2685 Grove, West Memphis, AR 72301, as reflected in the documents attached to Roland's complaint. The Court directs the Clerk to send Roland a new *in forma pauperis* application, a copy of Judge Kearney's 27 February 2013 Order, and a copy of this Order at the new address. Roland must submit the completed application by 14 June 2013 or the Court will dismiss his complaint for failure to prosecute. The Clerk must re-designate this case as a "440" (civil rights) action.

So Ordered.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

3 June 2013