IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES A. ROLAND                                      PLAINTIFF

v.                      No. 3:13-cv-55-DPM

MARION POLICE DEPARTMENT;
PALL RAINIY; MICKEY THORTHON;
MARION COURT HOUSE CLERK                    DEFENDANTS

### ORDER

The Court warned that it would dismiss Roland's complaint if he did not submit a new *in forma pauperis* application by 14 June 2013. № 6. Roland has not complied. His complaint is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2013