# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CHARLES A. ROLAND**                                        **PLAINTIFF**

**v.**                              **No. 3:13-cv-55-DPM**

**MARION POLICE DEPARTMENT;**
**PALL RAINIY; MICKEY THORTHON;**
**MARION COURT HOUSE CLERK**                  **DEFENDANTS**

## JUDGMENT

Roland's complaint is dismissed without prejudice.


D.P. Marshall Jr.
United States District Judge

25 June 2013