IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES A. ROLAND                                                    PLAINTIFF

v.                            No. 3:13-cv-55-DPM

MARION POLICE DEPARTMENT;
PALL RAINIY; MICKEY THORTHON;
MARION COURT HOUSE CLERK                              DEFENDANTS

## JUDGMENT

Roland's complaint is dismissed without prejudice.

*(signature)*
D.P. Marshall Jr.
United States District Judge

25 June 2013